No. 230. MEMPHIS AFL–CIO LABOR COUNCIL ET AL. v. CITY OF MEMPHIS ET AL. Supreme Court of Tennessee, Western Division. Certiorari denied. *Samuel Strong Pharr* for petitioners. *Frank B. Gianotti, Jr., Charles C. Crabtree* and *George E. Morrow* for respondents.

No. 231. CLEARY v. INDIANA BEACH, INC. C. A. 7th Cir. Certiorari denied. *John E. Cassidy, Sr.* for petitioner. *Roger D. Branigin* for respondent. ■

No. 253. ROBERTS v. LOVE ET AL. Supreme Court of Arkansas. Certiorari denied. *Elza Clifton Bond, Jr.* for petitioner. *DuVal L. Purkins* for respondents. ■

No. 256. DI SILVESTRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Joseph W. Di Silvestro,* petitioner, *pro se. Solicitor General Rankin, Acting Assistant Attorney General Leonard* and *Alan S. Rosenthal* for the United States. ■

No. 235. FERRO, INC., ET AL. v. JOHN THOMPSON BEACON WINDOWS, LTD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bolling R. Powell, Jr.* for petitioners. *Harry M. Plotkin* and *John J. Sexton* for respondent. ■

No. 240. SPANGLER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Newman A. Townsend, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent. ■